■ GLENN J. O'SHEI et al., Appellants, v FMC CORPORATION

et al., Respondents.—Order unanimously affirmed without costs *(see, Robinson v Reed-Prentice Div.,* 49 NY2d 471). (Appeal from order of Supreme Court, Erie County, McGowan, J. —summary judgment.) Present—Dillon, P. J., Callahan, Denman, Green and Davis, JJ.